**FARAH LAW, P.C.**
Neda Farah (State Bar No. 269819)
8383 Wilshire Boulevard
Suite 510
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 775-261-1726
E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIRIO GUTIERREZ,<br><br>                    Plaintiff,<br><br>    v.<br><br>APELLES, LLC,<br><br>                    Defendant. | CASE NO.  8:20-cv-01588-FLA-DFM<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, LIRIO GUTIERREZ, and Defendant, APELLES, LLC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action be dismissed with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

| /s/ Neda Farah | /s/David J. Kaminski |
|---|---|

Neda Farah
Farah Law, P.C.
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 775-261-1726
E-Mail: neda@nedafarahlaw.com

*Attorney for the Plaintiff*

David J. Kaminski
Carlson & Messer LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: 310-242-2200
Facsimile: 310-242-2222
E-mail: kaminskid@cmtlaw.com

*Attorney for the Defendant*